IN RE CASES HELD FOR THE DECISION IN *STATE v. BRUNNING*.

[Cite as *In re Cases Held for the Decision in* State v. Brunning, 134 Ohio St.3d 593, 2012-Ohio-5777.]

(Submitted December 4, 2012—Decided December 7, 2012.)

{¶ 1} The following cases were held for the decision in *State v. Brunning*, 134 Ohio St.3d 438, 2012-Ohio-5752, 983 N.E.2d 316. The judgments of the courts of appeals are affirmed. *See State v. Howard*, 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341.

{¶ 2} 2012–0236. *State v. Harrison*, 2d Dist. No. 24471, 2011-Ohio-6803, 2011 WL 6927644.

{¶ 3} 2012–0328. *State v. Williams*, 2d Dist. No. 24452, 2012-Ohio-107, 2012 WL 112660.

{¶ 4} 2012–0346. *State v. Cook*, 197 Ohio App.3d 684, 2012-Ohio-198, 968 N.E.2d 581.

{¶ 5} 2012–0375 and 2012–0381. *State v. Smith*, 8th Dist. Nos. 96582, 96622, and 96623, 2012-Ohio-261, 2012 WL 253237.

{¶ 6} The following cases were held for the decision in *State v. Brunning*, 134 Ohio St.3d 438, 2012-Ohio-5752, 983 N.E.2d 316. The judgments of the courts of appeals are reversed, and the causes are remanded for further proceedings consistent with this court's decision in *Brunning*.

{¶ 7} 2011–1062. *State v. Gilbert*, 8th Dist. Nos. 95083 and 95084, 2011-Ohio-1928, 2011 WL 1584101.

{¶ 8} 2011–1548. *State v. Greenlee*, 8th Dist. No. 96002, 2011-Ohio-3692, 2011 WL 3211122.

{¶ 9} 2011–1553. *State v. Grunden,* 8th Dist. No. 95909, 2011-Ohio-3687, 2011 WL 3240675.

{¶ 10} 2011–2093 and 2011–2187. *State v. Ogletree,* 8th Dist. No. 96438, 2011-Ohio-5846, 2011 WL 5509088.

{¶ 11} 2012–0194. *State v. Williams,* 8th Dist. No. 97005, 2011-Ohio-6763, 2011 WL 6920733.

{¶ 12} 2012–1039. *State v. Kempson,* 8th Dist. Nos. 97409 and 97410, 2012-Ohio-1954, 2012 WL 1567209.

{¶ 13} The following cases were held for the decision in *State v. Brunning,* 134 Ohio St.3d 438, 2012-Ohio-5752, 983 N.E.2d 316. The causes are remanded for application of this court's decision in *Brunning.*

{¶ 14} 2011–1061. *State v. Campbell,* 8th Dist. No. 95348, 2011-Ohio-2281, 2011 WL 1842225.

{¶ 15} 2012–0196. *State v. Caldero,* 8th Dist. No. 96719, 2012-Ohio-11, 2012 WL 20002.

{¶ 16} 2012–1074. *State v. Harris,* 1st Dist. Nos. C–100243 and C–100273, 2012-Ohio-2460, 2012 WL 2060665.

{¶ 17} 2012–1210. *State v. Brown,* 8th Dist. No. 97746, 2012-Ohio-2515, 2012 WL 2045856.

{¶ 18} The following cases were held for the decision in *State v. Brunning,* 134 Ohio St.3d 438, 2012-Ohio-5752, 983 N.E.2d 316. In both cases, the convictions are affirmed, and the sentences are reversed. The causes are remanded to the appellate court for further proceedings consistent with this court's decision in *State v. Brunning* and *State v. Howard,* 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341.

{¶ 19} 2012–1100. *State v. Topping,* 12th Dist. No. CA2011–07–067, 2012-Ohio-2259, 970 N.E.2d 1193.

{¶ 20} 2011–1923. *State v. Bowling,* 1st Dist. No. C–100323, 2011-Ohio-4946, 2011 WL 4507426.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.